BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No.  214624

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8924
    Facsimile:  (415) 744-0134
    E-Mail:Armand.Roth@ssa.gov

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| RICKY SMITH, ) | |
|     Plaintiff, ) | CIVIL NO. 10-CV-02728-DAD |
|         v. ) | |
| MICHAEL J. ASTRUE, ) | STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE BRIEF |
| Commissioner of Social Security, ) | |
|     Defendant. ) | |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that: (1) Defendant shall have a 45-day extension of time, up to May 28, 2012, to file the responsive brief; (2) all other deadlines as ordered by the Court in the September 19, 2011 Scheduling Order are adjusted accordingly.  This is Defendant's first request.  This extension is requested for the purpose of exploring the possibility of a settlement.

Respectfully submitted on April 4, 2012

s/ Andrew Koenig *
ANDREW KOENIG
Plaintiff's Attorney
* by Armand Roth by email authorization of 4/4/12

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

/s/ ARMAND D. ROTH
ARMAND D. ROTH)
Special Assistant U.S. Attorney

Attorneys for Defendant

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

DATED: April 4, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec\smith2728.stipord.eot.wpd