BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624
    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8924
    Fax: (415) 744-0134
    E-Mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Ricky Smith, | No. 10-CV-02728-DAD |
| Plaintiff, | **STIPULATION FOR REMAND UNDER SENTENCE 4 OF 42 U.S.C. § 405(g)** |
| v. | |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that this case be remanded under sentence 4 of 42 U.S.C. § 405(g).

    On remand, the Administrative Law Judge will be instructed to: (1) update the treatment evidence on the claimant's medical condition; (2) expressly evaluate all medical source opinions and explain the reasons for the weight he gives to the opinion evidence; (3) further consider the claimant's residual functional capacity on the updated record, citing specific evidence in support of the assessed limitations; (4) further consider whether the claimant has past relevant work he could perform with the limitations established by the evidence; (5) as appropriate, secure supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base and

resolve any discrepancies between vocational testimony and the Dictionary of Occupational Titles as per Social Security Ruling 00-4p; and (6) consolidate and consider together the claimant's subsequent application for Title XVI benefits filed on November 23, 2010, currently pending at the hearing level.

Respectfully submitted on May 22, 2012

/s/ Andrew Koenig *
ANDREW KOENIG
Plaintiff's Attorney
* by Armand Roth by email authorization of 5/2/12

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

/s/ ARMAND D. ROTH
ARMAND D. ROTH)
Special Assistant U.S. Attorney

Attorneys for Defendant

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: May 22, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec\smith2728.stip.remand.wpd