ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
353 Sanjon Road
Ventura, California 93001
Telephone: (805) 653-7937
Facsimile: (805) 653-7225
E-Mail: andrewtkoenig@hotmail.com

Attorney for Plaintiff Ricky Smith

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| RICKY SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | CASE NO. 2:10-CV-02728-DAD<br><br>ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

　　　　Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of SIX-THOUSAND DOLLARS AND NO CENTS ($6,000.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the parties' Stipulation (Doc. No. 20).

DATED: May 31, 2012.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\smith2728.stip.attyfees.eaja.wpd

1